```
1  ANGELINA VALLE(BAR #100410)
   1671 The Alameda, Suite 302
2  San Jose, California, 95126
   408-881-0200
3

4  Attorney for Plaintiff
   Lan T. Lam
5
```

**IT IS SO ORDERED**
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAN T. LAM | ) |
| Plaintiff, | ) NO. C- 04-04578 JW |
| v. | ) STIPULATION AND ORDER |
| | ) EXTENDING TIME TO FILE |
| Jo Anne B. Barnhart, | ) PLAINTIFF'S MOTION FOR |
| Commissioner of Social Security | ) <u>SUMMARY JUDGEMENT</u> |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that plaintiff has until August 5, 2005 to file her Motion for Summary Judgment or Remand in the within action. This is plaintiff's first request. The purpose of this continuance is to allow the plaintiff time to prepare the appeal.

////

////

////

```
                               _____
                               _____
Date:   June 6, 2005           ANGELINA VALLE
                               Attorney for Plaintiff

Date:
                               United States Attorney


                               By:___s/_____
                                   Assistant United States Attorney

SO ORDERED:

Date:  June 13, 2005           /s/ James Ware
                               _____
                               _____
                               United States District Judge
```