1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                            SAN JOSE DIVISION

9

10    Lan T. Lam,                              NO. C 04-04578 JW

11              Plaintiff,

12        v.                                   **ORDER EXTENDING TIME TO FILE
                                               AND SERVE OPPOSITION**

13    Joanne Barnhart,

14              Defendant.

15    _____/

16        This suit for social security benefits was initiated on October 28, 2004.  By this Court's Order

17  to Show Cause (Docket No. 24), Plaintiff's deadline to file and serve a summary judgment motion was

18  extended from August 5, 2005 to September 13, 2005.  Plaintiff filed a motion for summary judgment

19  within the extended time period, and Defendant has filed a cross-motion for summary judgment.

20  Plaintiff's opposition was due on or before October 14, 2005.  To date, Plaintiff has yet to file any

21  brief since its motion for summary judgment, or any request for extension of time.

22        Plaintiff shall file and serve an opposition no later than November 25, 2005.  Thereafter the

23  matter will be deemed submitted on the papers.  A failure to file an opposition by the deadline may

24  result in dismissal of the case for failure to prosecute pursuant to Rule 41, Fed. R. Civ. P.

25

26  Dated: October 31, 2005                          /s/ James Ware
    04eciv4578ext                              JAMES WARE
27                                             United States District Judge

28

**United States District Court**
For the Northern District of California

**United States District Court**

For the Northern District of California

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2

Angelina  Valle angelina@valle-law.com
Laura E Krank lekrank@hotmail.com

3

Marc V. Kalagian marckalagian_rohlfinglaw@hotmail.com
Sara Winslow sara.winslow@usdoj.gov

4

Sharon  Sands sharon.sands@ssa.gov

5

6

**Dated: October 31, 2005**                              **Richard W. Wieking, Clerk**

7

8

                                                                  **By:_/s/ JW Chambers_____**
                                                                  **Ronald L. Davis**
                                                                  **Courtroom Deputy**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28